August 29, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00108-CV

REGINA CARSON, Appellant

V.

BLUE CROSS BLUE SHIELD OF TEXAS, INC., A DIVISION OF HEALTH CARE SERVICE CORPORATION, ANITA C. JOHNSON, YVONNE STERNADEL A/K/A VONNIE S., LAURA M. MCCLELLAND, LAUREN COLLINS REESER, JANE CORDRAY, JASON RAMIREZ, JENNIFER TRACEY, CHRISTOPHER FLINN, AND TEACHER RETIREMENT SYSTEM OF TEXAS, Appellees

This cause, an appeal from the judgment in favor of appellees, Blue Cross Blue Shield of Texas, Inc., a division of Health Care Service Corporation, Anita C. Johnson, Yvonne Sternadel a/k/a Vonnie S., Laura M. McClelland, Lauren Collins Reeser, Jane Cordray, Jason Ramirez, Jennifer Tracey, Christopher Flinn, and Teacher Retirement System of Texas, signed, April 25, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Regina Carson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.


Judgment Rendered August 29, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.